IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL STOPKA, MARILYN STOPKA, and CHATEAU ARLINGTON, LLC | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 10-cv-6034 Honorable John W. Darrah |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC. a Wisconsin Corporation, | ) ) ) | Magistrate Martin C. Ashman **JURY DEMANDED** |
| Defendant. | ) ) | |

## NOTICE OF MOTION

**TO:** All Counsel of Record

PLEASE TAKE NOTICE that on March 17, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in Courtroom 1203, U.S. District Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, 60604, and then and there present **Plaintiffs' Motion to Compel**, a copy of which is attached and hereby served upon you.

DATED this 11th day of March, 2011

Respectfully submitted,

\_\_\_\_\_/s/ Christopher S. Hennessy_____
One of the attorneys for Plaintiffs

Steven D. Pearson (6190506) (steven.pearson@mbtlaw.com)
Christopher S. Hennessy (6237293) (christopher.hennessy@mbtlaw.com)
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:   (312) 474-7900
Facsimile:   (312) 474-7898

M:\14185\pleading\Notice Pls Motion to Compel.doc