UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL STOPKA, MARILYN STOPKA, and CHATEAU ARLINGTON, LLC, <br><br> Plaintiffs, <br> v. <br><br> AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC. a Wisconsin Corporation, <br><br> Defendant. | Case No.: 10-CV-6034 <br> Judge Darrah <br> Magistrate Ashman |

**DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S
MOTION TO EXTEND DISCOVERY DEADLINE**

NOW COMES the Defendant, American Family Mutual Insurance Company ("American Family"), through its attorneys, Pretzel & Stouffer, Chtd., respectfully requests this Honorable Court enter an order modifying the existing discovery schedule. In support thereof, American Family states as follows:

1. The deadline for completion of discovery in the above-referenced cause was originally scheduled for January 23, 2012. (DKT. # 70.)

2. In response to the Plaintiffs' notices, the parties had scheduled two depositions of Gerald Hayes for Friday, January 13, 2012. The first deposition was planned as a deposition of American Family pursuant to Rule 30(b)(6), where Mr. Hayes would serve as American Family's representative. The Plaintiffs would then depose Mr. Hayes as a fact witness.

3. On the evening of Thursday, January 12, 2012, counsel for American Family received an email from Mr. Hayes explaining that he was being admitted to the hospital due to infection and would not be able to appear for his deposition.

1

4. Due to Mr. Hayes' hospital admission, the parties were not able to complete his scheduled depositions.

5. To date, the parties have been unable to reschedule Mr. Hayes' depositions. The parties expect to agree on a date for the depositions within the next ten (10) days.

6. The parties agree that Mr. Hayes' deposition is necessary to determine the merits of this case.

7. Neither Plaintiffs nor Third-Party Defendant Augustine Custom Homes, Inc. opposes American Family's Motion.

8. Defendant also requests an extension of the deadline for filing motions for summary judgment due to the delay in completion of Mr. Hayes' deposition and to ensure that his transcript is available for any anticipated motions for summary judgment.

9. Extending the close of discovery will not disturb the existing June 14, 2012, pretrial conference, or the June 18, 2012, trial dates.

## CONCLUSION

WHEREFORE, Defendant American Family Mutual Insurance Company, respectfully requests that this Motion be granted, that the deadline for the completion of discovery be extended to February 13, 2012, and that the deadline for filing motions for summary judgment be extended to March 13, 2012. All other case deadlines would remain unchanged.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

By: _____/s/ Suzanne M. Crowley_____

Suzanne M. Crowley (IL Bar No. 6182765)
Edward B. Ruff, III (IL Bar No. 6181332 )
Michael A. Clarke (IL Bar No. 06197032)

Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7686
Fax: (312) 346-8242
E-Mail: scrowley@pretzel-stouffer.com
*Attorneys for American Family Mutual Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned certifies that **DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S MOTION TO EXTEND DISCOVERY DEADLINE** was filed electronically this **19th day of January, 2012**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

ATTORNEY FOR PLAINTIFF
Steven D. Pearson
Christopher S. Hennessy
Meckler Bulger Tilson Marick & Pearson LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312)474-7900
chris.hennessy@mbtlaw.com
steve.pearson@mbtlaw.com

Attorney for Augustine Custom Homes, Inc.
John M. McGuirk
Hoscheit, McGurik, McCracken & Cuscaden PC
1001 East Main Street, Suite G
St. Charles, IL 60174
(630)513-8700
jmc@hmcpc.com

By: _____/s/ Suzanne M. Crowley_____
Suzanne M. Crowley (IL Bar No. 6182765)
Edward B. Ruff, III (IL Bar No. 6181332 )
Michael A. Clarke (IL Bar No. 06197032)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone:    (312) 578-7686
Fax:          (312) 346-8242
E-Mail: scrowley@pretzel-stouffer.com
*Attorneys for American Family Mutual Insurance*