**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL STOPKA, MARILYN STOPKA, and CHATEAU ARLINGTON, LLC, ) ) ) ) | |
| Plaintiffs, ) | |
| v. ) ) | Case No.: 10-CV-6034 |
| ) | Judge Darrah |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC. a Wisconsin Corporation, ) ) ) ) | Magistrate Ashman |
| Defendant. ) | |

**NOTICE OF MOTION**

**TO:** All Counsel of Record

     PLEASE TAKE NOTICE that on Thursday, January 26, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in Courtroom 1203, United States District Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present Defendant American Family Mutual Insurance Company's Motion to Extend Discovery Deadline, a copy of which is attached and hereby served upon you.

     DATED this 19th of January 2012

                             PRETZEL & STOUFFER, CHARTERED

                             By:     /s/ Suzanne M. Crowley

Suzanne M. Crowley (IL Bar No. 6182765)
Edward B. Ruff, III (IL Bar No. 6181332 )
Michael A. Clarke (IL Bar No. 06197032)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone:    (312) 578-7686
Fax:            (312) 346-8242
E-Mail: scrowley@pretzel-stouffer.com
*Attorneys for American Family Mutual Insurance Company*