# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL STOPKA, MARILYN STOPKA, and CHATEAU ARLINGTON, LLC | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 10-cv-6034 |
| | ) | Honorable John W. Darrah |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC. a Wisconsin Corporation, | ) ) ) | Magistrate Martin C. Ashman |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Suzanne M. Crowley, Esq.         cc:   John M. McGuirk, Esq.
     Edward B. Ruff, III, Esq.                     HOSCHEIT, MCGUIRK, MCCRACKEN
     PRETZEL & STOUFFER, CHTD.                    & CUSCADEN PC
     One South Wacker Drive, Suite 2500            1001 East Main Street, Suite G
     Chicago, Illinois 60606                       St. Charles, Illinois 60174

PLEASE TAKE NOTICE that on January 31, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in Courtroom 1203 of the United States District Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, 60604, and then and there present **Plaintiffs' Third Motion to Compel And To Extend Discovery Deadline**, a copy of which has been served upon you through Electronic Case Filing.

DATED this 23rd day of January, 2012

Respectfully submitted,

  /s/ Christopher S. Hennessy
One of the attorneys for Plaintiffs

Steven D. Pearson (6190506) (steven.pearson@mbtlaw.com)
Christopher S. Hennessy (6237293) (christopher.hennessy@mbtlaw.com)
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:    (312) 474-7900
Facsimile:    (312) 474-7898

M:\14185\pleading\NOM Pls Motion to Compel 3.doc