UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL STOPKA, MARILYN STOPKA, and CHATEAU ARLINGTON, LLC, | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Case No.: 10-CV-6034 Judge Darrah |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC. a Wisconsin Corporation, | ) ) ) ) | Magistrate Ashman |
| Defendant. | ) | |

**DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

NOW COMES the Defendant, American Family Mutual Insurance Company ("American Family"), through its attorneys, Pretzel & Stouffer, Chartered, pursuant to Rule 56 of the Federal Rules of Civil Procedure and respectfully requests that this Honorable Court award summary judgment in favor of American Family and against Plaintiffs Chateau Arlington, LLC, Marilyn Stopka and Michael Stopka (hereinafter collectively the "Stopkas") on all counts of the Second Amended Complaint. American Family shows the Court that there is no genuine issue of material fact and it is entitled to judgment as a matter of law.

This motion is based upon all pleadings and other papers of record in this action and is supported by American Family's attached Statement of Material Undisputed Facts and Memorandum of Law in Support of Its Motion for Summary Judgment

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

By: _____/s/ Suzanne M. Crowley_____

1

Suzanne M. Crowley (IL Bar No. 6182765)
Edward B. Ruff, III (IL Bar No. 6181332 )
Michael A. Clarke (IL Bar No. 06197032)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7686
Fax: (312) 346-8242
E-Mail: scrowley@pretzel-stouffer.com
*Attorneys for American Family Mutual Insurance Company*

**CERTIFICATE OF SERVICE**

The undersigned certifies **DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S M MOTION FOR SUMMARY JUDGMENT** was filed electronically this **17th day of February, 2012**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

ATTORNEY FOR PLAINTIFF
Steven D. Pearson
Christopher S. Hennessy
Meckler Bulger Tilson Marick & Pearson LLP
123 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312)474-7900
chris.hennessy@mbtlaw.com
steve.pearson@mbtlaw.com

Attorney for Augustine Custom Homes, Inc.
John M. McGuirk
Hoscheit, McGurik, McCracken & Cuscaden PC
1001 East Main Street, Suite G
St. Charles, IL 60174
(630)513-8700
jmc@hmcpc.com

By: /s/ Suzanne M. Crowley
Suzanne M. Crowley (IL Bar No. 6182765)
Edward B. Ruff, III (IL Bar No. 6181332 )
Michael A. Clarke (IL Bar No. 06197032)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7686
Fax: (312) 346-8242
E-Mail: scrowley@pretzel-stouffer.com
*Attorneys for American Family Mutual Insurance*