UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL STOPKA, MARILYN STOPKA, and CHATEAU ARLINGTON, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No.: 10-CV-6034 Judge Darrah |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, INC. a Wisconsin Corporation, | ) ) ) ) | Magistrate Ashman |
| Defendant. | ) ) | |

## NOTICE OF MOTION

**TO:** All Counsel of Record

PLEASE TAKE NOTICE that on Thursday, February 23, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead, in Courtroom 1203, United States District Court, Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present Defendant American Family Mutual Insurance Company's Motion for Summary Judgment, a copy of which is attached and hereby served upon you.

DATED this 17th day of February 2012

PRETZEL & STOUFFER, CHARTERED

By: _____/s/ Suzanne M. Crowley_____

Suzanne M. Crowley (IL Bar No. 6182765)
Edward B. Ruff, III (IL Bar No. 6181332 )
Michael A. Clarke (IL Bar No. 06197032)
Pretzel & Stouffer, Chartered
One South Wacker Drive - Suite 2500
Chicago, Illinois 60606
Telephone:     (312) 578-7686
Fax:                 (312) 346-8242
E-Mail: scrowley@pretzel-stouffer.com
*Attorneys for American Family Mutual Insurance Company*

1