1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


MICHAEL STOPKA, MARILYN   )

STOPKA, and CHATEAU      )

ARLINGTON, LLC,       )

    Plaintiffs,    )

  vs.          ) No. 10 CV 6034

AMERICAN FAMILY MUTUAL   )

INSURANCE COMPANY, INC., a  )

Wisconsin Corporation,    )

et al.,          )

    Defendants.    )


The deposition of LUKE PRAXMARER, called

for examination pursuant to the Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken

before Anna M. Morales, a notary public within and

for the County of Will and State of Illinois, at

One South Wacker Drive, Suite 2500, Chicago,

Illinois, on the February 9, 2012, at the hour of

1:14 o'clock p.m.


Reported by:  Anna M. Morales, CSR, RMR

License No.:  084-002854

Exhibit C

31

1        THE WITNESS:  Okay.  Mike was concerned about

2    -- one of the first things that he brought up is

3    that he was concerned about -- he used the word

4    "carry" which is interest, and he was asking if the

5    interest would be covered because he said now

6    instead of moving in, he said something along the

7    lines -- this fire was in September and I believe

8    he had an intention of moving in around

9    Thanksgiving, I believe.  And he said this is

10   obviously going to be postponed so that means I

11   need to, I think, renegotiate his construction loan

12   or something like that.

13        And at that time, I believe it was at that

14   time, and if it weren't at that time, it was within

15   24 or 48 hours, I told him, a homeowners' policy

16   does not cover interest.

17   BY MR. HENNESSY:

18      Q.  Any homeowners' policy generally?  This

19   homeowners' policy specifically?

20      A.  Generally.

21      Q.  So based upon your general knowledge of

22   homeowners' policies such as this Allied policy,

23   you knew within -- you knew right away that loan

24   interests would not be covered under the policy?

32

1      A.  Correct.

2      Q.  And you communicated that to Mike within

3  -- I think you said within the first couple days?

4      A.  If not the first couple days, I made --

5      MR. WARIS:  Yes or no, you communicated that?

6      THE WITNESS:  Could you repeat the question,

7  please?

8  BY MR. HENNESSY:

9      Q.  Sure.  You communicated to Mike within the

10  first couple days that the interest --

11     A.  Yes.

12     MR. WARIS:  Let him finish the question.

13     THE WITNESS:  I'm not trying to be difficult.

14     MR. WARIS:  Let's go back.  Off the record.

15          (Discussion off the record.)

16  BY MR. HENNESSY:

17     Q.  You communicated to Mike within just the

18  first couple days that interest on the construction

19  loan interest would not be covered under his Allied

20  homeowners' policy?

21     A.  Correct.

22     Q.  Are there any other categories of damages

23  that would -- you could tell would be occurring

24  that would also similarly not follow under the

36

1    recall being there the next day.

2    BY MR. HENNESSY:

3        Q.  And do you recall who else was there the

4    next day?

5        A.  Yes.

6        Q.  Who else was there?

7        A.  Gerry Hayes, the claims adjustor from

8    American Family.

9        Q.  Was Mike there?

10       A.  Yes.

11       Q.  Jerry Wolowicki?

12       A.  Yes.

13       Q.  If Chris Mason was there, you didn't know

14   because you've never met him?

15       A.  To the best of my knowledge, I have never

16   met Chris Mason.

17       Q.  Did you have any discussions with

18   Gerry Hayes?

19       A.  Yes.

20       Q.  And what was said by you and what was said

21   by him?

22       A.  He made a comment or comments along the

23   lines of, Don't worry, our guy did this, we're

24   going to put your house back in the condition it

37

1    was fives minutes before the fire.  I'm

2    paraphrasing.

3       Q.  In other words, you're not saying it's an

4    exact quote but the substance of what he said is

5    that?

6       A.  Yes.

7       Q.  Because five minutes before the fire isn't

8    exactly a paraphrase.  Do you recall him saying

9    specifically those words?

10      A.  Those words I do recall precisely, yes.

11      Q.  Was this a discussion that occurred just

12    between you and Hayes?

13      A.  No.

14      Q.  Who else was there?

15      A.  Jerry Wolowicki, Mike Stopka, and I think

16    Todd Augustine.

17      MR. WARIS:  Off the record.

18           (Discussion off the record.)

19    BY MR. HENNESSY:

20      Q.  I'm sorry, you said you think

21    Todd Augustine?  Actually, let's take that a step

22    back for just a second.

23       You have met Todd Augustine?

24      A.  Yes.