*091408501*
10/24/2008
009090711256

This is a LEGAL COPY of your
check. You can use it the same way
you would use the original check.

COPY

00000452
325

[0790216043 10/24/2008
01705384D

AMERICAN FAMILY INSURANCE GROUP · MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association · WAUSALL WI

67333

CLAIM NO. 00-221-121546
POL. # 1279-5476-62
PREPARED Compass Reviews Inc.

PAY TO THE ORDER OF Browse Browns Semoc

Thirty Eight Thousand Five Hundred Fifty Four Quin & 1/00 ——— DOLLARS $ 38,554 00

INVOICE TO Dir Loc Estate

PAY TO Browse Browns Semonc
4120 w. 12340 s
Aurie. IL 60603

DATE ISSUED 10/24/2008
VOID AFTER 1 YEAR

⑆067333⑆ ⑈075911603⑈ 52000 2413⑈

⑆067333⑆ ⑈075911603⑈ 52000 2413⑈ ⑆00038554400⑆

Exhibit K

AF 00884

*091408501*
09/12/2008
009097428324

This is a LEGAL COPY of your
check. You can use it the same way
you would use the original check.

COPY

00000201
37

[073901604] 09/12/2008
01204870B

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

79-1160
759

OFFICE CODE

* 2 2   D

DRAFT NUMBER

84134

CLAIM
NO. 00-221-124846

POLICY
NO. 120 95476-02  Booker Rwelwks Jrk

PAY TO THE
ORDER OF   Brorron Bromies Premonc

AMOUNT
Twenty for thousand Dollars & 00/100 ————————— DOLLARS $ 250.00.00

IN PAYMENT OF
Advance for Remoderstra

Brexotte Bromies Premonc
4/22 a. 128th 8t
AsHP. Il 60403

MAIL
TO:

DATE
ISSUED  9/11/2008

* VOID AFTER 1 YEAR *

⑈084134B ⑆075911603⑈ 520002⑈413⑈

⑈"084134"⑈ ⑆"075911603⑆"520002413"⑈                    ⑈"0002500000"⑈

AF 00886



AF 00887

*042205038*
11/13/2008
008990429195

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

COPY

00000079
97



*AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN*
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

75-1160                    *2.2  E  67350
759

CLAIM NO.  00-221-121544    POLICY NO. 12x9-5076-02    INSURED  Graham Krivinskis

PAY TO THE ORDER OF  Michael J. Sparo & Maria J. Sparo

AMOUNT  Three thousand five hundred forty four and 65/100 ........... DOLLARS  $ **3,544.65**

Sparo & Duncan Oct & Nov

MAIL TO:  Wolowicki & Associates
          650 E. Algonquin Rd
          Suite 200
          Schaumburg, IL 60173

DATE ISSUED  10/30/2008     • VOID AFTER 1 YEAR

*067350* :075911603: 52000 2413*

"067350"  ⑈:075911603⑈: 5 2000 2413"                    "0003544865"

AF 00888



AF 00889

*042205038*
10/27/2008
008996893830

This is a **LEGAL COPY** of your check. You can use it the same way you would use the original check.

COPY

00000511
403

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

E 67335

CLAIM NO. OO-221-121546   POLICY NO. 12A-5476-02   INSURED Carolina Kawalski Inc.

PAY TO THE ORDER OF   Elcon Electric

AMOUNT   Four Thousand Four Hundred Ninety One Dollars & 81/100   DOLLARS   $ 4491.81

IN PAYMENT OF   Two invoices

MAIL TO:
Elcon Electric
180 Stanley Street
Elk Grove Village, IL 60007

DATE ISSUED 10/24/2007   VOID AFTER 1 YEAR

⑈067335⑈ ⑆075911603⑈ 52000 2⑈413⑈

⑈067335⑈   ⑆075911603⑈52000 2413⑈   ⑈000044 9181⑈

AF 00890



AF 00891

*042205038*
11/13/2008
0089900429196

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

COPY

E071900760 000002502020190

00000080
97

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH [T4, Bank National Association - WAUSAU, WI]

70662

CLAIM NO. 00-221-121546    POLICY NO. 1209-5496-02    INSURED Lauren Richards Ins.

PAY TO THE ORDER OF Michael J. Sporus *Lauren Sporus

AMOUNT One Thousand Three Hundred Dollars & 00/100 ——————— DOLLARS $ **1,300.00**

IN PAYMENT OF DOS to 1st Payment

MAIL TO: WocoWicks & Associates
650 8 Meacham Rd.
Suite 200
Schaumburg, IL 60173

DATE ISSUED 11/0/2008
VOID AFTER 1 YEAR

#070662# ⑆075911603⑆ 520002413#

⑆070662⑆ ⑈07591160 3⑉5 200024 13⑈          ⑆0000 130000⑆



AF 00893

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

79-1160
759

OFFICE CODE

DRAFT NUMBER

* z z  E    70654

THE FACE OF THIS DOCUMENT IS PRINTED WITH A BROWN BACKGROUND ON WHITE PAPER

CLAIM NO. 00-221-121546    POLICY NO. 12x9-5176-02    INSURED Complete Furnishings Inc

PAY TO THE ORDER OF  Miner & Carr Inc

AMOUNT  One Hundred Ninety Thousand Forty Hundred Forty One Dollar + 82/100 —— DOLLARS  $ 190441.82

IN PAYMENT OF  Invoice # 15441

COPY

DATE ISSUED 10/30/2008

• VOID AFTER 1 YEAR •

MAIL TO :  Miner & Carr Inc
1400 Jeffrey Drive
Addison, IL 60101

⑈070654⑈ ⑆075911603⑆ 520002⑈413⑈          ⑈0019044182⑈

AF 00894



AF 00895



AF 00896

Do not endorse or write below this line.

*123000220* 12/02/2008
000811784445

Do not endorse or write below this line.

*091408501*
11/26/2008
009098269978



00001456
953

r•070711 ı•000000000ı:5 2000 24 13ı•  •000 2 292 590ı•

*0914085O1* 11/26/2008
00909826997 8

Do not endorse or write below this line.

PAY TO THE ORDER OF
FIRST MIDWEST BANK, N.A.
071901604
FOR DEPOSIT ONLY
0063000100

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

>071901604< 11/26/2008
01705 7720

*042205038*
12/10/2008
008898178248

COPY

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

75-160
759

70718

CLAIM
NO. 00-221-121546

POLICY
NO. 1209-8476-02

INSURED Chapel Kennels INC

American of Staria + Marilyd Staria

Seven Hundred Fifty Thousand Dollars & 00/100 ............ DOLLARS $250,000.00

IN PAYMENT OF Breach for Century Crown

MAIL
TO Wolowicks + Associates
650 S. Algonguin Rd.
Suite 200
Schaumburg, IL 60173

DATE
ISSUED 12/2/2008
VOID AFTER 1 YEAR

*070718* ⑆075911603⑆ 52002=413*

⑈070718⑈ ⑆000000000⑆5200024|3⑈       ⑈002500000⑈

AF 00900



AF 00901









AF 00904





THIS INSTRUMENT IS VOID IF MULTICOLORED BACKGROUND IS ABSENT - THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

C-23797

**AMERICAN FAMILY INSURANCE GROUP – MADISON, WISCONSIN**

OFFICE   022

U.S. BANK NATIONAL ASSOCIATION — WWW.USBANK.COM
WAUSAU, WISCONSIN

NUMBER

CLAIM NO. 00-221-121546-6329   POLICY NO. 12-X95476-02   DATE 04/27/2009

00-22108953

PAY TO THE ORDER OF   AHY FORENSIC ACCOUNTING

AMOUNT

$******499.00

INSURED   COMPLETE FLASHINGS INC

PAY   FOUR HUNDRED NINETY-NINE 00/100 DOLLARS

MAIL TO

AHY FORENSIC ACCOUNTING
800 W 5TH AVE
SUITE 209
NAPERVILLE        IL    60563

CHIEF FINANCIAL OFFICER, TREASURER

PRESIDENT

⑈00221108953⑈ ⑆075911603⑆ 18238018556 7⑈

730002250168 05/04/09>071001737<

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

PAY TO THE ORDER OF
MB FINANCIAL BANK
ROSEMONT, IL
071001737
FOR DEPOSIT ONLY
AHY FORENSIC ACCOUNTING
105087700



AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

75-1180
759

OFFICE CODE *2 2

D

DRAFT NUMBER 92061

CLAIM NO. 00-221-121546

POLICY NO. 1209-5472-01

INSURED Compleate Features INC

PAY TO THE ORDER OF Browne Browne Stephanie

AMOUNT Twelve Thousand Two Hundred Eighty Eight Dollars 5 89/100 —— Dollars $ 12,288.89

IN PAYMENT OF Bee or Second Payment

MAIL TO: Browne Browne
4120 W. 123rd Street
Alsip, IL 60803

DATE ISSUED 3/26/2009

• VOID AFTER 1 YEAR

⑈"092061⑈" ⑈:075911603⑈: 520002⑈413⑈

1 386 28858327 1 18 8196 CASWD=TELR188

THIS INSTRUMENT IS VOID IF MULTICOLORED BACKGROUND IS ABSENT - THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

C-25797

**AMERICAN FAMILY INSURANCE GROUP – MADISON, WISCONSIN**

OFFICE  022

U.S. BANK NATIONAL ASSOCIATION — WWW.USBANK.COM
WAUSAU, WISCONSIN

NUMBER  70-1102/759

CLAIM NO. 00-221-121546-6329   POLICY NO. 12-X95476-02   DATE 03/19/2009

| NUMBER | 00-22105485 |

PAY TO THE ORDER OF   **ENGINEERING SYSTEMS INC**

AMOUNT   **$****1,809.89**

INSURED   **COMPLETE FLASHINGS INC**

PAY   **ONE THOUSAND EIGHT HUNDRED NINE 89/100 DOLLARS**

MAIL TO
**ENGINEERING SYSTEMS INC
3851 EXCHANGE AVE**

**AURORA        IL    60504**

CHIEF FINANCIAL OFFICER, TREASURER

PRESIDENT

⑈00 22 105485⑈ ⑆075911603⑆ 18 2380 18556 7⑈

Pay to the Order of
FIRST AMERICAN BANK
For Deposit Only
Engineering Systems, Inc.
Acct. #78114324 01
ALL PAYEES MUST ENDORSE ABOVE THIS LINE

AF 00908

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

78-1160
-759-

OFFICE CODE ★ 2 2 E

DRAFT NUMBER 92451

THE FACE OF THIS DOCUMENT IS PRINTED WITH A BROWN BACKGROUND ON WHITE PAPER

CLAIM NO. 00-221-121546
POLICY NO. 12-9-5476-02
INSURED Compiler Resures Inc

PAY TO THE ORDER OF  Brown Buenos Stegmann

AMOUNT  Twenty One Thousand Three Hundred Ninty Ones ⁵⁴/₀₀ ——— DOLLARS  $ 21,390.54

IN PAYMENT OF  Scaffolding -

Brown Brooks

COPY

DATE ISSUED  2/26/2009

★ VOID AFTER 1 YEAR

MAIL TO :

⑈092451⑈ ⑆075911603⑆ 520002⑈413⑈

1 3DS 28898227 1 11 8174 CRSWD-TELR18B

X  X  X
TO1
FIRST MIDWEST BANK, N.A.
TINLEY P K IL 60477
DEPOSIT ONLY
FOR DEPOSIT ONLY
STEAMATIC CHGO S.W., INC.
ALL PAYEE'S MUST ENDORSE ABOVE THIS LINE

AF 00909

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

79-1160
759

OFFICE CODE     DRAFT NUMBER
* 2 2   E      07531

THE FACE OF THIS DOCUMENT IS PRINTED WITH A BRIGHT BACKGROUND ON WHITE PAPER

CLAIM NO. 00-221-121546     POLICY NO. 12 10     INSURED Complete Auctions

PAY TO THE ORDER OF   Wolowicki & Associates

AMOUNT   One Thousand One Hundred Ninety Dollar : 00/100 ————     DOLLARS   $   1190.00

IN PAYMENT OF   Acct. Fees

COPY

DATE ISSUED   3/19/2010

• VOID AFTER 1 YEAR •

MAIL TO :   Wolowicki & Associates
650 E. Algonquin Rd
Suite 201
Schaumburg, IL 60173

⑈007531⑈ ⑆075911603⑆ 520002413⑈

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

x For deposit Only
x Wolowicki & Associates
6364587

Pay to the order of JPMorgan Chase Bank 9.2030949469

AF 00910

THIS INSTRUMENT IS VOID IF MULTICOLORED BACKGROUND IS ABSENT - THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

C-23797

**AMERICAN FAMILY INSURANCE GROUP – MADISON, WISCONSIN**

OFFICE **022**

U S BANK NATIONAL ASSOCIATION — WWW.USBANK.COM
WAUSAU, WISCONSIN

NUMBER 78-1160 709

CLAIM NO. 00-221-121546-6329   POLICY NO 12-X95476-02   DATE 06/19/2009

00-22113475

PAY TO THE ORDER OF **ENVIRONMENTAL GROUP SERVICES**

AMOUNT

$****4,400.00

INSURED **COMPLETE FLASHINGS INC**

PAY   **FOUR THOUSAND FOUR HUNDRED 00/100 DOLLARS**

MAIL TO   **EGSI**
**557 W POLK STREET**
**SUITE 201**
**CHICAGO        IL    60607**

CHIEF FINANCIAL OFFICER, TREASURER

PRESIDENT

⑈0022113475⑈ ⑆075911603⑈18 2380185567⑈

508020021 6/25/2009 HPT >071925402<

PAY TO THE ORDER OF
HINSDALE BANK & TRUST CO
HINSDALE, IL 60521
P 071025402 4
FOR DEPOSIT ONLY
ENVIRONMENTAL GROUP
SERVICES USA INC

PLACE FOR A CO. INC. HERE
MUST DISAPPEAR & REAPPEAR & RAPIDLY STRIPE

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

DOCUMENT TO BE AUTHENTIC

AF 00911

THIS INSTRUMENT IS VOID IF MULTICOLORED BACKGROUND IS ABSENT - THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

C-22422

OFFICE **022**

**AMERICAN FAMILY INSURANCE GROUP – MADISON, WISCONSIN**

PAYABLE THROUGH U.S. BANK NATIONAL ASSOCIATION — WAUSAU, WISCONSIN

NUMBER

CLAIM NO. 00-221-129788-6329   POLICY NO. 12-X95476-06   DATE 05/28/2009

00-22111547

AMOUNT

PAY TO THE ORDER OF   **PETER STOPKA & MARILYN STOPKA**

$***43,951.81

INSURED **COMPLETE FLASHINGS INC**

PAY   FORTY-THREE THOUSAND NINE HUNDRED FIFTY-ONE 81/100 DOLLARS

MAIL TO

**WOLOWICKI & ASSOCIATES**
**650 E ALGONQUIN ROAD**
**SUITE 200**
**SCHAUMBURG      IL    60173**

PRESIDENT

⑈002211547⑈ ⑆075911603⑈ 18 2380 18484 2⑈

2518681859 96/84/89 02BK>871989769<

PLACE FORM ON A FLAT SURFACE, RUB AREA FIRMLY & RAPIDLY. STRIPE MUST DISAPPEAR & REAPPEAR FOR DOCUMENT TO BE AUTHENTIC.

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

AF 00912

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

79-1180
759

OFFICE CODE
*22 E

DRAFT NUMBER
92480

THE FACE OF THIS DOCUMENT IS PRINTED WITH A BROWN BACKGROUND ON WHITE PAPER

CLAIM NO. 00-221-129788

POLICY NO. 1209-5476-06

INSURED Compecon ~~~~~

PAY TO THE ORDER OF Peter Stopka, 1 Magued Stopka

AMOUNT One Hundred Forty Thousand Dollars & 0/100 ........ DOLLARS $ 140000.00

IN PAYMENT OF Constr. Advance - Permanent Repairs.

MAIL TO Wolowicki & Associates
1000 Delivered

COPY

DATE ISSUED 3/10/2009

• VOID AFTER 1 YEAR •

⑈092480⑈ ⑆075911603⑆ 52002⑈413⑈

2500300530 03/12/09 022K5071900700<

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

73-1160
759

OFFICE CODE
* 242 D

DRAFT NUMBER
92090

THE FACE OF THIS DOCUMENT IS PRINTED WITH A BROWN BACKGROUND ON WHITE PAPER

CLAIM NO. 00-221-129788    POLICY NO. 12N9-5476-06    INSURED Complete Firesinkle INC

PAY TO THE ORDER OF Peter Stooks & Marilyn Stooks

AMOUNT Two thousand four thousand Dollars & 00/100 ———————— DOLLARS $ 2,04000.00

IN PAYMENT OF Advance for Cover Only

Wolowicki & Associates

COPY

DATE ISSUED 4/14/2009
• VOID AFTER 1 YEAR •

MAIL TO :

⑈092090⑈ ⑆075911603⑆ 52002⑊413⑈

2500200930 04/17/09 02BK>071900760<

ALL PAYEE'S MUST ENDORSE ABOVE THIS LINE

AF 00914

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

79-1160
759

OFFICE CODE
★ 2 2 E

DRAFT NUMBER
80378

THE FACE OF THIS DOCUMENT IS PRINTED WITH A BROWN BACKGROUND ON WHITE PAPER

CLAIM NO. 00-221-129788
POLICY NO. 12X09-5476-06
INSURED Concrete Airlines Ink.

PAY TO THE ORDER OF Peter Stopka & Marilyn Stopka

AMOUNT Two Hundred Forty One Thousand Six Hundred Ninety Two Dollars & 00/100 ——— DOLLARS

$241,692.00

IN PAYMENT OF Court Award SDK Interest

COPY

DATE ISSUED 5/18/2009

• VOID AFTER 1 YEAR •

Peter Stopka

MAIL TO :

⑈080378⑈ ⑆075911603⑈ 520002⑈413⑈

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

X
X
Marilyn D. Stopka

2500300759 05/20/09 02BK>071900768<

AF 00915





AF 00917

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association · WAUSAU, WI

79-1160
759

OFFICE CODE ★ 2|2  [E]  DRAFT NUMBER  92677

THE FACE OF THIS DOCUMENT IS PRINTED WITH A BROWN BACKGROUND ON WHITE PAPER

CLAIM NO. CO-221-129788    POLICY NO. 12 yo    INSURED Concrete Rebuilders Inc

PAY TO THE ORDER OF  Old Second National Bank

AMOUNT  One Hundred Twenty Five Thousand Four Hundred Ninety Three Dollars & 00/100 — Dollars    $ 125,493.00

IN PAYMENT OF  Per Agreement Issue to Bank Per SOPLO

Woloshen + Associates

DATE ISSUED 8/3/2009    • VOID AFTER 1 YEAR •

MAIL TO :

⑈092677⑈ ⑆075911603⑆ 52000 2⑈413⑈

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
THE UNDERSIGNED BANK GUARANTEES TO
SAVE THE STATE OF ILLINOIS HARMLESS
FOR ALL LOSS WHICH IT MAY INCUR BY
PAYING THE WITHIN WARRANT
THE OLD SECOND NATIONAL BANK
AURORA, ILLINOIS
ALL PAYEES MUST ENDORSE ABOVE THIS LINE

X
X
X

2500200000 08/05/09 02BK>871900760<

AMERICAN FAMILY INSURANCE GROUP - MADISON, WISCONSIN
PAYABLE THROUGH U.S. Bank National Association - WAUSAU, WI

79-1160
759

OFFICE CODE
* 2 2 E

DRAFT NUMBER
92727

THE FACE OF THIS DOCUMENT IS PRINTED WITH A BROWN BACKGROUND ON WHITE PAPER

CLAIM NO. 09-221-129788

POLICY NO. 12x09-5416-06

INSURED Complete Kasimati

PAY TO THE ORDER OF Rem Sronua, Marusya Sronua

AMOUNT One Hundred Forty Six Thousand Seven Hundred Twenty Four Dollars 00/100

DOLLARS $ 146,724.00

IN PAYMENT OF Onsu at 8.

Wolodnki + Associates

COPY

DATE ISSUED 10/7/2009

• VOID AFTER 1 YEAR •

MAIL TO :

⑈092727⑈ ⑈075911603⑈ 520002⑈413⑈

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

x
x
Marilyn J. Kloder

2589488198 18/89/89 02BK>871988768<

AF 00919



AF 00920

THIS INSTRUMENT IS VOID IF MULTICOLORED BACKGROUND IS ABSENT - THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

C-23797

**AMERICAN FAMILY INSURANCE GROUP – MADISON, WISCONSIN**

73-1160
760

OFFICE  **022**

U.S. BANK NATIONAL ASSOCIATION — WWW.USBANK.COM
WAUSAU, WISCONSIN

NUMBER

CLAIM NO. **00-221-129788-6329**  POLICY NO. **12-X95476-06**  DATE **04/26/2009**

**00-22108952**

AMOUNT

PAY TO THE
ORDER OF  **ENVIRONMENTAL GROUP SERVICES**

INSURED  **COMPLETE FLASHINGS INC**

**$****1,810.00**

PAY  **ONE THOUSAND EIGHT HUNDRED TEN 00/100 DOLLARS**

MAIL
TO
**EGSL
557 W POLK STREET
SUITE 201
CHICAGO          IL     60607**

CHIEF FINANCIAL OFFICER, TREASURER

PRESIDENT

⑈**00221089520⑈ ⑆075911603⑆ 18 2380185567⑈**

For Deposit Only
Environmental Group Services LTD
1207978

PLACE FORM ON A FLAT SURFACE. RUB AREA FIRMLY & RAPIDLY. STRIPE
MUST DISAPPEAR & REAPPEAR FOR DOCUMENT TO BE AUTHENTIC.

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

AF 00921

C-23797

## AMERICAN FAMILY INSURANCE GROUP – MADISON, WISCONSIN

OFFICE  022

U.S. BANK NATIONAL ASSOCIATION — WWW.USBANK.COM
WAUSAU, WISCONSIN

NUMBER  70-1160/769

CLAIM NO. 00-221-129788-0000  POLICY NO. 12-X95476-06  DATE 04/19/2010

00-22134571

PAY TO THE
ORDER OF  ENVIROMENTAL GROUP SERVICES

AMOUNT

$****3,310.00

INSURED  COMPLETE FLASHINGS INC

PAY  THREE THOUSAND THREE HUNDRED TEN 00/100 DOLLARS

MAIL
TO
ENVIRONMENTAL GROUP SERVICES
557 W POLK STREET
SUITE 201
CHICAGO        IL    60607

CHIEF FINANCIAL OFFICER, TREASURER

PRESIDENT

⑈00221345711⑈ ⑆075911603⑆ 18 2380 18556 711⑆

5060040051 4/23/2010 HBT  ⑆071925462⑆

PLACE FORM ON A FLAT SURFACE, COLORED AREA, FINELY & RAPIDLY STRIPE
MUST DISAPPEAR & REAPPEAR FOR DOCUMENT TO BE AUTHENTIC.

ALL PAYEES MUST ENDORSE ABOVE THIS LINE

PAY TO THE ORDER OF
HINSDALE BANK & TRUST CO
HINSDALE IL 60521
# 071025402 4
FOR DEPOSIT ONLY
ENVIRONMENTAL GROUP
SERVICES LTD

AF 00922